# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | |
|---|---|
| WILLIAM BERNARD VORE, | : Case No. 3:21-cv-215 |
| Plaintiff, | : District Judge Michael J. Newman |
| vs. | : Magistrate Judge Sharon L. Ovington |
| JOHNNY McCLUSKEY, *et al.*, | : |
| Defendants. | : |

## ORDER U.S. MARSHAL TO SERVE DEFENDANTS WITH PROCESS

Now before the Court is a *pro se* complaint and accompanying application to proceed *in forma pauperis*. (Doc. No. 1, 4). Also before the Court is Plaintiff's Motion to Supplement Complaint with Affidavit. (Doc. No. 5). For good cause shown, *pro se* Plaintiff's application to proceed without payment of costs and fees was granted.

Pursuant to § 1915, the Court may dismiss a complaint upon finding (1) the claims are frivolous or malicious; (2) it fails to state a claim upon which relief may be granted; or (3) it seeks monetary relief from a defendant who is immune from such relief. *See* 28 U.S.C. § 1915(e)(2)(B); *see Neitzke v. Williams*, 490 U.S. 319, 324 (1989). Having conducted this initial review, the Court finds that dismissal under 28 U.S.C. § 1915 is not warranted at this stage of the litigation.

Accordingly, the U.S. Marshal is **ORDERED** to serve Defendants with process. Furthermore, for good cause shown, Plaintiff's Motion to Supplement Complaint with Affidavit (Doc. No. 5) is hereby **GRANTED**.

**IT IS SO ORDERED.**

January 31, 2022 　　　　　　　　　　　　　*s/Sharon L. Ovington*
　　　　　　　　　　　　　　　　　　　　　　Sharon L. Ovington
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge